UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M.T., *et al.*, <br>    *Plaintiffs*, <br><br> vs. <br><br> MICHAEL A. GARGANO, in his official capacity as Secretary of the Indiana Family and Social Services Administration, *et al.*, <br>    *Defendants*. | 1:10-cv-0358-JMS-TAB |

## PERMANENT INJUNCTION AND FINAL JUDGMENT

The Court enters **FINAL JUDGMENT** in favor of Plaintiffs and the class and against Defendants to the extent that Plaintiffs sought relief in their Amended Complaint under 42 U.S.C. § 1396a(a)(10).

The Court **GRANTS** Plaintiffs' request for a permanent injunction. Defendants, their agents, and successors are hereby enjoined from denying or limiting coverage for prescribed physical therapy, occupational therapy, respiratory therapy, and/or speech pathology, for any person enrolled in the Medicaid program under the age of twenty-one where such denial or limitation is based upon 405 I.A.C. 5-22-6(b)(6) and/or (b)(7). Nothing in this injunction should be read to prevent Defendants, their agents, or their successors from denying or limiting prescribed benefits under any other provision of law.

02/10/2011

                                                                       Hon. Jane Magnus-Stinson, Judge
                                                                        United States District Court
                                                                        Southern District of Indiana

**Distribution via ECF only:**

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Betsy M. Isenberg
INDIANA OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Erica Sue Sullivan
INDIANA ATTORNEY GENERAL
erica.sullivan@atg.in.gov